

DISTRICT OF OREGON, ss:    AFFIDAVIT OF GRANT BRILL

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, GRANT BRILL, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.   I am employed as a Special Agent with the Federal Protective Service (FPS), assigned to the Region 8 Investigations Branch in Denver, Colorado.   I have been an Agent with the FPS since December 2023. As part of my daily duties as an FPS Special Agent, I investigate general crimes.   I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program and have worked in federal law enforcement since 2012.   I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees.

2.   I submit this affidavit in support of a criminal complaint and arrest warrant for ELIZABETH LESLIE assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).   As set forth below, I have probable cause to believe that ELIZABETH LESLIE committed the crime of Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

3.   The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint and an arrest warrant, it does not set forth each fact

**Affidavit of Grant Brill**

that I or others have learned during this investigation.

## Applicable Laws

4.  18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties.   Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties.   Under § 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to 8 years.   Assaulting a federal officer which results in bodily injury is punishable by up to 20 years' imprisonment.   The statute does not define "bodily injury" however 18 U.S.C. § 1365(h)(4) has been interpreted to define bodily injury to mean: (A) a cut, abrasion, or bruise, (B) physical pain, or (C) any other injury to the body, no matter how temporary.

## Statement of Probable Cause

5.  Since June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) Portland Field Office located at 4310 South Macadam Ave in Portland, Oregon. During daylight hours, some of the attendees at the demonstration have harassed both ICE clients and employees by following them with cameras making disparaging remarks and threatening statements, including stating that that they know where the target lives or that they will find the target of the harassment. Many of these individuals dress in all black clothing, commonly referred to as "black bloc." Black bloc can prevent identification of individual actors

by authorities. After nightfall, the attendees generally become more aggressive, damaging personal and government property, and throwing items toward federal law enforcement officers working at the building. The violence toward officers has included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway.

6. On October 18, 2025, at approximately 3:40 PM, a crowd of approximately 400 individuals gathered to protest on the north side of the ICE facility along South Bancroft Street. Due to the presence of protesters blocking the vehicle entrance, law enforcement officers organized an effort to clear the area to ensure the safe passage of vehicle traffic to and from the facility. Department of Homeland Security (DHS) law enforcement personnel were deployed outside the facility gates to address the obstruction. As officers proceeded to move out from the driveway, verbal commands to move and clear the roadway were repeatedly given to individuals in the way of traffic exiting the ICE facility.

7. The victim (VICTIM), an U.S. Customs and Border Protection (CBP) officer, began physically removing individuals from Federal property toward South Bancroft Street. While VICTIM was pushing ELIZABETH LESLIE back, to maintain approximately one arm length of separation, ELIZABETH LESLIE lunged forward and hit VICTIM in the chest with her right hand. The strike momentarily pushed VICTIM's upper body back. VICTIM and another officer arrested ELIZABETH LESLIE for assaulting a federal officer, in violation of 18 U.S.C. § 111(a)(1).

8. On October 18, 2025, I reviewed Video Surveillance System (VSS) footage of the incident. ICE facility Camera C1-E19 – Front of Gate House and body worn camera (BWC) footage from VICTIM and CBP Officer #CAR37433. VSS footage shows ELIZABETH LESLIE

wearing a black cap, sunglasses, blue mask, grey long sleeve shirt, and dark pants on the east side of the driveway to the ICE facility. ELIZABETH LESLIE is initially pushed out of the way by the first officer and kept at approximately arm's length by officers moving past to clear the roadway. VICTIM, the eighth officer in line, reaches out and pushes ELIZABETH LESLIE away from the line as he passes. ELIZABETH LESLIE then moves towards VICTIM and strikes him in the chest with her right hand. VICTIM apprehends ELIZABETH LESLIE and pulls her behind the line of officers. VICTIM and another officer are then seen placing ELIZABETH LESLIE under arrest.

9. BWC footage from VICTIM shows VICTIM push ELIZABETH LESLIE's left shoulder. ELIZABETH LESLIE responds by moving towards VICTIM and striking VICTIM with her right hand as she yells, "Fuck you!" The BWC shows VICTIM being pushed slightly backwards by ELIZABETH LESLIE's strike.

10. BWC from CBP Officer #CAR37433 shows ELIZABETH LESLIE take a step towards VICTIM and strike VICTIM in the chest with her right hand.

11. Below are screenshots from the VSS footage and body camera:



VSS Footage of ELIZABETH LESLIE (circled in red) in front of ICE vehicle entrance.



VSS footage of ELIZABETH LESLIE striking VICTIM.

**Affidavit of Grant Brill**                                                                                         **Page 6**



VICTIM's Body Cam Footage of ELIZABETH LESLIE in front of VICTIM prior to strike.



VICTIM's Body Cam Footage of ELIZABETH LESLIE striking VICTIM.

**Affidavit of Grant Brill**                                                                                      **Page 7**

CAR37433 Body Cam Footage of ELIZABETH LESLIE striking VICTIM.

12. On October 18, 2025, at approximately 3:40 PM, I interviewed VICTIM, a CBP officer, VICTIM stated that he and his team deployed from the Portland ICE facility, located at 4310 South Macadam Avenue, at around 3:30 PM to clear the vehicle entrance in front of the facility. While clearing the entrance, VICTIM observed ELIZABETH LESLIE move towards him as he passed and hit him in the chest with her right hand. VICTIM stated that the strike pushed him back.

13. On October 18, 2025, at approximately 3:40 PM, I conducted an interview with FPS Officer 3P1613. During the interview, Officer 3P1613 stated that ELIZABETH LESLIE

was issued multiple clear orders to move away from the area. Despite these orders, ELIZABETH LESLIE forcefully pushed VICTIM in an aggressive manner as VICTIM was attempting to move her out of the area.

14. A review of ELIZABETH LESLIE's criminal history revealed no arrests or convictions.

## Conclusion

15. Based on the foregoing, I have probable cause to believe that ELIZABETH LESLIE willfully committed Assault on a Federal Officer, in violation of 18 U.S.C § 111. I therefore request that the Court issue a criminal complaint and an arrest warrant for ELIZABETH LESLIE.

16. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by an Assistant United States Attorney, and the AUSA advised me that the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Grant Brill
Special Agent, FPS

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:10 pm a.m./p.m. on October 19, 2025.

*Youlee Yim You*
HONORABLE YOULEE Y. YOU
United States Magistrate Judge